IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JANE DOE, | § § § |
| Plaintiffs, | § Civil Action No. 07-2705 (J. Rosenthal) § |
| v. | § § |
| ENDOSCOPIC TECHNOLOGIES, INC., | § § § |
| Defendant. | § |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 27), this action is dismissed with prejudice. This court retains jurisdiction to enforce the terms of the parties' settlement agreement.

SIGNED on August 28, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge